FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 0 4 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

ORIGINAL

UNITED STATES OF AMERICA
v.

JON FIELDS

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:13-MJ-460

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 8, 2013, and continuing until on or about April 4, 2013 in Cobb County, in the Northern District of Georgia defendant(s) did, (Track Statutory Language of Offense)

knowingly receive and possess at least one computer that contained one or more visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2), said depictions having been produced using minors engaged in sexually explicit conduct and having been shipped and transported in or affecting interstate and foreign commerce, by any means including by computer,

in violation of Title 18 United States Code, Section(s) 2252A(a)(2) and (a)(5)(B).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

Please see attached affidavit.

Continued on the attached sheet and made a part hereof.     (X) Yes ( ) No

_____
Signature of Complainant
Keith Kabrhel

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

April 4, 2013                                            at     Atlanta, Georgia
Date                                                             City and State

Gerrilyn G. Brill
United States Magistrate Judge                              _____
Name and Title of Judicial Officer                          Signature of Judicial Officer
AUSA Paul R. Jones

# AFFIDAVIT

I, Keith Kabrhel, being first duly sworn, do hereby depose and state:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been so employed since April 2006. I have for several years now investigated federal criminal violations related to the use of computers and computer-based crimes against children. I have received formal training in the investigation of these matters at the FBI Academy. I also have a Bachelor of Science in Computer Information Systems and previously worked in private industry for nine years as a computer, data and systems specialist. As a SA, I have participated in many investigations in which perpetrators have used computers to commit violations involving the sexual exploitation of children.

2. I am investigating the activities of the user of the Internet account registered to Joyce Culpepper, address 2330 Post Oak Tritt Rd., Marietta, GA 30062. As will be shown below, there is probable cause to believe that JON FIELDS has used the Internet account registered to Joyce Culpepper and has received, and possessed child pornography, in violation of Title 18, United States Code, Section 2252A(a)(2) and (a)(5)(B) (receipt and possession of child pornography). I am submitting this affidavit in support of a complaint

1

authorizing the arrest of JON FIELDS for the receipt and possession of images containing child pornography, as defined in 18 U.S.C. § 2256.

3. The statements in this Affidavit are based primarily upon information provided by state and local law enforcement as well as my own investigation. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included every fact known to me concerning this investigation; rather, I have set forth only the facts necessary to establish probable cause to believe that JON FIELDS has violated 18 U.S.C. § 2252A(a)(2) and (a)(5)(B).

## BACKGROUND ON THE ARES NETWORK

4. This investigation came from a lead that a person at 2330 Post Oak Tritt Rd., Marietta, Georgia, was using the Ares network to distribute and receive images of child pornography. The Ares network is a peer-to-peer computer program that operates as an open-source public file-sharing network. Through Ares, persons are able to choose files on their computer and make them available for distribution. Other computers using the Ares network are able to search for and download files that meet their stated interest. Most computers that are part of this network are referred to as nodes. A node can simultaneously provide files to some peers while downloading files from other nodes. Nodes may be elevated to temporary indexing servers referred

to as "supernodes". Supernodes increase the efficiency of the Ares network by maintaining an index of the contents of network peers. Ares users query supernodes for files and are directed to one or more peers sharing that file. There are many supernodes on the network; if one supernode shuts down, the network continues to operate.

5. The Ares network can be accessed by computers running many different client programs, some of which include the original Ares Galaxy program, and derivatives compiled from the source code which is open source and freely available. These programs share common protocols for network access and file sharing. The user interface, features and configuration may vary between clients and versions of the same client.

6. During the installation of an Ares client, various settings are established which configure the host computer to share files. Depending upon the Ares client used, a user may have the ability to reconfigure some of those settings during installation or after the installation has been completed. Typically, a setting establishes the location of one or more directories or folders whose contents (files) are made available to other Ares users to download. This location is commonly referred to as the "My Shared Folder" and in many versions is defaulted to be on the computer's "Desktop".

7. The client software processes files located in a user's shared directory. As part of this processing, a SHA-1 hash value is computed for each file in the user's shared directory.[1] The client software processes files located in a peer's shared directory. As part of this processing, a SHA-1 hash value is loaded from a prior record or computed for each file in the user's shared directory.

8. The Ares network uses SHA-1 values to improve network efficiency. Users may receive a selected file from numerous sources by accepting segments of the file from multiple users and then reassembling the complete file on the local computer. The client program succeeds in reassembling the file from different sources only if all the segments came from exact copies of the same file. The network uses SHA-1 values to ensure exact copies of the same file are used during this process.

9. Upon connecting to the Ares network, a list of shared files, descriptive information and the files' associated SHA-1 values are sent to supernodes. This allows other users to locate these files. The frequency of updating

---

[1] "SHA" is an abbreviation of Secure Hash Algorithm. SHA-1 is analogous to a digital signature or digital fingerprint. Every computer file, including every digital image, has a SHA-1 value. The chance of two different files having the same SHA-1 value is almost mathematically impossible. Conversely, identical copies of one image found on two different computers will have the same SHA-1 value.

4

information is dependent upon the client software being used and the Ares networking protocols. This information sent to the ultra-peers is data about the file and not the actual file. The file remains on the user's computer. In this capacity, the supernode acts as a pointer to the files located on a user's computer.

10. When a download of a file is initiated, the user is presented with a list of users (nodes) who had told the Ares network that they have the requested file available for others to download. Typically, the supernodes and hosts computers on the network return this list containing node information along with the Internet Protocol (IP) addresses of computers which have reported they have the same file (based on SHA-1 comparison) or in some instances portions of the same file available to others to download. (The IP address is a unique stream of numbers, separated by periods, that identifies each computer attached to a network.) This procedure allows for the detection and investigation of those computers involved in distributing digital files of actual child pornography.

11. Obtaining files from the Ares network, as described herein, returns the candidate list, including IP addresses, which can be used to identify the location of computers. Although the IP address is not usually visible to the

end user in the common Ares clients, it is returned and used by the software to initiate the download.

12. Using a program called Ares Roundup, law enforcement has modified the Ares program to allow the officer to capture the IP address of any person suspected of distributing child pornography and to download a file from a single IP address.

## INVESTIGATION

13. On January 8, 2013, state law enforcement conducted an online undercover session using Ares, which is known to the FBI to be used by persons interested in child pornography to download, trade, receive, and collect child pornography.

14. Law enforcement utilized Ares Roundup, a program that allows agents to record the IP addresses assigned to computers that were recently in possession of and had available for download "files of interest," that is, files containing suspected child pornography. One file of interest was downloaded and came from IP address 108.72.243.95 on January 8, 2013 at 22:43:26 pm EST. The same IP address was shown to have 51 files of interest related to child pornography. Law enforcement was able to receive a complete download of a file of interest with the SHA-1 value of: UP5IZSZC4J3NSNMG2KZ3GCKVSOU5E2UE. The GBI was also able to

receive 15 timed-out downloaded files of interest (that is, 15 files that were not completely downloaded before the Ares Roundup session timed out). Your Affiant reviewed all 15 timed-out downloads. Five of the timed out downloaded files of interest had the SHA-1 values of:

> 5ETBY7FYUX526IG3KAPHN7IAUZ43KHD2,
>
> H4OO2NROQG4RCBOBKR3P5SAICQ4BFSFJ,
>
> 3LYRUJAJSU2WOPO6GNHXFAVN3YSZCXVA,
>
> WEAPLFZ3CHCWGGMJHXHUXSGGXDJ6NMVS,
>
> DFF6V7BITVLKXZ26UWXZMMMMKY7NO2LO.

The IP address resolved to the United States and was provided by AT&T.

15. On January 25, 2013, AT&T responded to a subpoena that was sent by the GBI for subscriber information for the AT&T customer assigned to IP address 108.72.243.95 on January 8, 2013, at 22:43:26 EST.

16. AT&T reported that Joyce Culpepper, address 2330 Post Oak Tritt Rd., Marietta, GA, was the subscriber in question. Upon further investigation it was revealed that her son JON FIELDS also lives with her at the residence.

17. Upon receiving this information, a special agent with the FBI viewed the one downloaded and 5 incomplete downloaded videos provided by the GBI. The following is a description of the provided videos:

a. UP5IZSZC4J3NSNMG2KZ3GCKVSOU5E2UE (pthc 2012 9y footjob-handjob and cum.wmv) – A video that is approximately 2 minutes and 10 seconds. The video depicts a young female's feet (age undetermined) fondling an adult male's penis. The video switches to the female's hand masturbating the adult male's penis. The hand appears to be that of a child. Then the adult male ejaculates. The video then switches and shows a pre-pubescent female lying down with her legs open fully exposing her vagina. The pre-pubescent female spreads her labia apart with her hands.

b. 5ETBY7FYUX526IG3KAPHN7IAUZ43KHD2 ((pthc-jho-lolifuck) 9 yo emily ass-fucked doggystyle (sound)18.wmv) – A video that is approximately 17 seconds. The video depicts an adult male vaginally penetrating a pre-pubescent female from behind.

c. H4OO2NROQG4RCBOBKR3P5SAICQ4BFSFJ ((pthc) 8yr (jho)(lolifuck) (bj) girl gives blowjob wmv.wmv)) – A video that is approximately 26 seconds. The video depicts a pre-pubescent female performing oral sex on an adult male.

d. 3LYRUJAJSU2WOPO6GNHXFAVN3YSZCXVA (00 boy - [boy+man] maxi 15.mpg) – A video that is approximately 3 minutes and 1 second. The video starts off with the words "Maximiliano The Argentine boy of 10yo more hot" and switches to show a photo of a prepubescent male. The video sdepicts significant sexual activity between the prepubescent male and an adult male, including the prepubescent male kissing the adult male, as well as masturbation, oral sex, and anal sex by the adult male on the prepubescent male. The video at one point during sexual activity shows the words "ungle's [sic] eat big penis." Then the video switches to show the prepubescent male's penis followed by a picture of his face with the words "I like sex, see you soon."

  e. **WEAPLFZ3CHCWGGMJHXHUXSGGXDJ6NMVS (sdpa 8yr orgasm and anal fuck hard ! tara.wmv)** – A video that is approximately 3 minutes 56 seconds. The video starts off with a prepubescent female lying down with her legs open and an adult hand holding what appears to be a sex toy near the female's vagina. The adult puts the sex toy in the female's vagina and starts masturbating her. The words "Tara: 8yrs old and she cums!" appear on the top of the video. The video switches to an adult male penetrating the prepubescent female's vagina or anus with the words "now she gets ass fucked!" on the top of the screen.

  f. **DFF6V7BITVLKXZ26UWXZMMMMKY7NO2LO (spda toddler 7yr of venezuela cum inside.mpg)** – A video that is approximately 4 minutes 39 seconds. The video starts off with two children, approximately 3 to 7 years old in the bathtub naked and the male child is touching an adult male penis. The adult male is taking the child's hands in his and both are touching the adult male's penis. Then the other child performs oral sex on the adult male. The video switches to a sex toy on prepubescent female's vagina. The video switches again to an adult male penis penetrating a prepubescent female's anus then vagina. Then the adult male orgasms on and in the child's vagina.

18. On March 29, 2013, the National Center for Missing & Exploited Children (NCMEC) was contacted and asked to search the SHA-1 values of the videos listed above. NCMEC stated that the SHA-1 value of the videos were "Recognized," meaning that all the videos were known in their system due to them previously being run in their system. Ares depicted the videos as "Recognized" child pornography, meaning that the SHA-1 value of the

9

video is "Recognized" child pornography by NCMEC. "Identified" child pornography means the children in the video have been located and identified as being underage during the making of the video. According to NCMEC, "Recognized" child pornography means either that the child or children in the video have not yet been located and identified or that NCMEC has seen that file before from other law enforcement agencies that have sent the potential child pornography to NCMEC for identification.

## PROBABLE CAUSE FOR ARREST

19. On April 4, 2013, FBI Agents executed a federal search warrant at 2330 Post Oak Tritt Rd, Marietta, GA, residence of the subscriber to the IP address 108.72.243.95. The defendant JON FIELDS, was present at the residence. FIELDS was voluntarily agreed to be interviewed by FBI Agents. FIELDS admitted to receiving and possessing images of child pornography. FIELDS admitted that he used Ares to download child pornography.

20. During the execution of the search, Agents used a previewing tool to search FIELDS' MSI laptop, which is where FIELDS told the agents the child pornography images could be found. A preview of the laptop revealed approximately two hundred and thirty (230) videos, of which more than one hundred (100) appeared to contain child pornography. In the collection of videos, your affiant saw at least one video that appeared to be from the

"Vicky" series, which is a known series of child pornography with an identified victim.

## CONCLUSION

21. Based on the foregoing information, I respectfully submit that there is probable cause to believe that JON FIELDS has committed offenses in violations of Title 18, United States Code, Section 2252A(a)(2) and (a)(5)(B) (receipt and possession of child pornography).